**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:08CR61**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **FINAL** |
| | ) | **ORDER OF FORFEITURE** |
| **RICKY JEROME LEWIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

On June 2, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's guilty verdicts on Counts One, Two and Three of the Bill of Indictment. In Count One, the defendant was charged with knowingly and intentionally possessing with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). Count Two charged him with possession of a firearm in the furtherance of a drug trafficking crim, in violation of 18 U.S.C. § 924(c). Count Three charged him with knowingly and unlawfully possessing a firearm after having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

On June 4, 2009 through July 3, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that

1

no such claims have been filed.

It is therefore **ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

- **One Cobra, model unknown, .380 caliber handgun, s/n FS032332 with ammunition;**
- **One Ruger, model unknown, handgun, s/n 57-58994;**
- **One Iver Johnson, model unknown, .22 caliber handgun, s/n H56660;**
- **Five rounds of .357 caliber Federal Ammunition.**

Signed: February 23, 2010

Richard L. Voorhees
United States District Judge